## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Matthew James Costello                    CHAPTER 13

Debtor(s)

BKY. NO. 26-11658 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION "FANNIE MAE" and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
03 Jun 2026, 09:18:19, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: e7c09affa3971fd1281d4a72cc3ef2bdabd663b001c95276ed573be9aa1e2502