**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **MATTHEW JAMES COSTELLO,** | : | **Bankruptcy No. 26-11658-djb** |
| **Debtor** | : | **Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **MATTHEW JAMES COSTELLO** | : | **11 U.S.C. §362** |
| **and** | | |
| **KENNETH E. WEST, ESQUIRE (TRUSTEE)** | | |
| | | |
| **Respondent(s)** | : | |

**CERTIFICATION OF NO ANSWER REGARDING ROCKET MORTGAGE, LLC F/K/A QUICKEN
LOANS, LLC F/K/A QUICKEN LOANS INC.'S
MOTION FOR RELIEF FROM STAY (DE 25)**

The undersigned hereby certifies that, as of July 31, 2026, the undersigned has received no answer,

objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer,

objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of

Motion, objections to the Movant's Motion were to be filed and served before July 30, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest

convenience of the Court.

Dated:  July 31, 2026                    Respectfully submitted,

                                         Brock & Scott, PLLC

                                         */s/Andrew Spivack*
                                         Andrew Spivack, PA Bar No. 84439
                                         Mario Hanyon, PA Bar No. 203993
                                         Jay Jones, PA Bar No. 86657

Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **MATTHEW JAMES COSTELLO,** | : | **Bankruptcy No. 26-11658-djb** |
| **Debtor** | : | **Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **MATTHEW JAMES COSTELLO** | : | **11 U.S.C. §362** |
| **and** | | |
| **KENNETH E. WEST, ESQUIRE (TRUSTEE)** | | |
| **Respondent(s)** | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on July 31, 2026 to the following:

MATTHEW JAMES COSTELLO
1922 E. OAKDALE STREET
PHILADELPHIA, PA 19125


KENNETH E. WEST, Bankruptcy Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee, US Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107


*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103

Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com