**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :Chapter 13
                                          :
Matthew James Costello
                                          :Case No. 26-11658djb
        Debtor.                           :

**ORDER TO SHOW CAUSE**

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in

Installments (doc. no. 7        , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the first, second, & third installment;

It is, therefore, hereby **ORDERED** that:

1. The Debtor Matthew James Costello        **SHALL APPEAR** for a hearing on

   August 20, 2026       at 11:00      A.M.      **in Bankruptcy Courtroom No.** 2

   Nix Sr. Federal Courthouse 900 Market Street, 2d Floor, Philadelphia, PA 19107

2.   Failure to appear for the hearing and/or to pay the installment **and any other**

**payments that come due prior to the hearing**  may result in dismissal of this case

without further notice or hearing.

_____
Derek J. Baker
**U.S. BANKRUPTCY JUDGE**

**Date:** July 31, 2026

**Copy to:**

Matthew James Costello
1922 E. Oakdale Street
Philadelphia, PA  19125