United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-11658-djb

Matthew James Costello                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Aug 03, 2026 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Matthew James Costello, 1922 E. Oakdale Street, Philadelphia, PA 19125-1118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.
    andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MAGGIE S SOBOLESKI
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION "FANNIE MAE" msoboleski@kmllawgroup.com
    3532@notices.nextchapterbk.com

MARIO J. HANYON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com,
    mario.hanyon@brockandscott.com

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Aug 03, 2026                       Form ID: pdf900                                Total Noticed: 1

MARIO J. HANYON

    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    :Chapter 13
                                                          :
Matthew James Costello
                                                          :Case No. 26-11658djb
    **Debtor.**                                       :

### ORDER TO SHOW CAUSE

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in

Installments (doc. no. 7      , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the first, second, & third installment;

It is, therefore, hereby **ORDERED** that:

1. The Debtor **Matthew James Costello**        **SHALL APPEAR** for a hearing on

   August 20, 2026        **at** 11:00      A.M.      **in Bankruptcy Courtroom No.** 2

   Nix Sr. Federal Courthouse 900 Market Street, 2d Floor, Philadelphia, PA 19107


2.   Failure to appear for the hearing and/or to pay the installment **and any other**

**payments that come due prior to the hearing**  may result in dismissal of this case

without further notice or hearing.

                             _____

                             Derek J. Baker

                             **U.S. BANKRUPTCY JUDGE**

**Date:** July 31, 2026

Copy to:

Matthew James Costello
1922 E. Oakdale Street
Philadelphia, PA  19125