**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>MATTHEW JAMES COSTELLO<br>Debtor | Case No. 26-11658-djb |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.,<br>Movant<br><br>vs.<br>MATTHEW JAMES COSTELLO<br>Respondent | Chapter 13<br><br>11 U.S.C. §362 |

**ORDER GRANTING MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO §362(D)(4) NUNC PRO TUNC TO VALIDATE THE RECORDED SHERIFF'S DEED**

**AND NOW**, this _______ day of __________________, 20____, at **PHILADELPHIA**, upon Motion of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. (Movant), it is:

**ORDERED AND DECREED THAT THE MOTION IS GRANTED:** Granting In Rem Relief from the Automatic Stay Pursuant To §362(d)(4) Nunc Pro Tunc to Validate The Recorded Sheriff's Deed dated July 8, 2026.

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2044 Wilder St, Philadelphia, Pennsylvania 19146 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises) as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; it is further;

**ORDERED AND DECREED:** that no future bankruptcy cases filed by Debtors, their successors, assigns, or any occupants of the real property located at 2044 Wilder St, Philadelphia, Pennsylvania 19146, will stay any actions taken by Movant, its successors, assigns, or any other purchaser at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises.

**ORDERED** that Rule 4001(a)(4) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer

applicable to Movant, its successors or assignees.

**ORDERED AND DECREED:** that the Office of the Clerk of Philadelphia County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for by §362(d)(4).

Derek J Baker
BANKRUPTCY JUDGE

**Date: September 10, 2026**