**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

:

**In re** **Matthew James Costello** : **Chapter 13**

**Debtor**

: **Bankruptcy No. 26-11658-djb**

## ORDER DISMISSING CASE

AND NOW, IT IS

1. *(✓) ORDERED that since we find that the Debtor has failed to pay the prescribed Filing Fee in full within the requisite time period, this case is hereby DISMISSED.

2. *( ) ORDERED that since we find that the Debtor has failed to attend the Meeting of Creditors hearing mandated under 11 U.S.C. Sec. 341, and has failed to explain that absence at the Sec.341 hearing, this case is hereby DISMISSED.

3. *( ) ORDERED that since this Debtor has a prior pending case, this case is hereby DISMISSED per 11 U.S.C. Sections 105, 1307 (c).

Dated: September 10, 2026

Derek J. Baker
United States Bankruptcy Judge

* numbered paragraph is applicable if selected