United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11658-djb
Matthew James Costello Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 10, 2026 Form ID: pdf900 Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew James Costello, 1922 E. Oakdale Street, Philadelphia, PA 19125-1118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 11 2026 02:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2026 02:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2026 02:44:32 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 11 2026 02:39:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2026 02:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 11 2026 02:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:27 | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15155378 | | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 11 2026 02:39:00 | ROCKET MORTGAGE, P.O. BOX 6577, CAROL STREAM, IL 60197-6577 |
| 15140194 | + | Email/Text: EBN@brockandscott.com | Sep 11 2026 02:39:00 | Rocket Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15140195 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 11 2026 02:39:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15140573 | *+ | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION "FANNIE MAE" msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MARIO J. HANYON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>MATTHEW JAMES COSTELLO<br>Debtor | Case No. 26-11658-djb |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.,<br>Movant<br><br>vs.<br>MATTHEW JAMES COSTELLO<br>Respondent | Chapter 13<br><br>11 U.S.C. §362 |

**ORDER GRANTING MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO §362(D)(4) NUNC PRO TUNC TO VALIDATE THE RECORDED SHERIFF'S DEED**

**AND NOW**, this _______ day of _________________, 20____, at **PHILADELPHIA**, upon Motion of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. (Movant), it is:

**ORDERED AND DECREED THAT THE MOTION IS GRANTED:** Granting In Rem Relief from the Automatic Stay Pursuant To §362(d)(4) Nunc Pro Tunc to Validate The Recorded Sheriff's Deed dated July 8, 2026.

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2044 Wilder St, Philadelphia, Pennsylvania 19146 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises) as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; it is further;

**ORDERED AND DECREED:** that no future bankruptcy cases filed by Debtors, their successors, assigns, or any occupants of the real property located at 2044 Wilder St, Philadelphia, Pennsylvania 19146, will stay any actions taken by Movant, its successors, assigns, or any other purchaser at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises.

**ORDERED** that Rule 4001(a)(4) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer

applicable to Movant, its successors or assignees.

**ORDERED AND DECREED:** that the Office of the Clerk of Philadelphia County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for by §362(d)(4).

Derek J Baker
BANKRUPTCY JUDGE

**Date: September 10, 2026**