United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Matthew James Costello
Debtor

Case No. 26-11658-djb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Sep 10, 2026 Form ID: pdf900 Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew James Costello, 1922 E. Oakdale Street, Philadelphia, PA 19125-1118 |
| 15150235 | + | Federal National Mortgage Association, Fannie Mae, c/o Maggie S. Soboleski, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15155367 | + | LENDING CLUB, 88 KEARNY STREET, SAN FRANCISCO, CA 94108-5530 |
| 15155375 | + | PAYTOMORROW, 13801 REESE BLVD W, HUNTERSVILLE, NC 28078-6308 |
| 15155386 | + | PENNSYLVANIA PUBLIC UTILITY, COMMISSION COMMONWEALTH, KEYSTONE BUILDING, 400 NORTH STREET, SECOND FLOOR, HARRISBURG, PA 17120-0001 |
| 15155374 | | VERIZON, VERIZON WIRELESS, DALLAS, TX 75265 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 11 2026 02:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2026 02:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2026 02:44:31 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 11 2026 02:39:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2026 02:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 11 2026 02:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15155372 | + | Email/Text: bncnotifications@pheaa.org | Sep 11 2026 02:39:00 | AES PHEAA, POB 61047, HARRISBURG, PA 17106-1047 |
| 15155370 | + | Email/Text: bncnotifications@pheaa.org | Sep 11 2026 02:39:00 | AES/CITIZENS, POB 61047, HARRISBURG, PA 17106-1047 |
| 15155365 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 02:44:25 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 15155362 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 11 2026 02:39:00 | BRIDGECREST, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 15140572 | | Email/Text: EBN@brockandscott.com | Sep 11 2026 02:39:00 | Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103 |
| 15155361 | | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 11 2026 02:44:32 | CAP ONE AUTO, CREDIT BUREAU DISPUTE, PLANO, TX 75025 |
| 15155366 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2026 02:44:36 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 15155360 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 11 2026 02:39:00 | CITADEL FCU, 520 EAGLE VIEW BLVD, EXTON, PA 19341-1119 |
| 15155364 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2026 02:44:32 | CITI, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 15133045 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2026 02:38:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15155371 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2026 02:38:00 | CITIZENS BNK, ONE CITIZENS BANK WAY, JOHNSTON, RI 02919-1922 |
| 15155376 | | Email/Text: cfcbackoffice@contfinco.com | Sep 11 2026 02:39:00 | CONTINENTAL FINANCE, 4550 NEWLINDEN HILL RD, WILMINGTON, DE 19808 |
| 15132739 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2026 02:44:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15158883 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2026 02:39:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15155384 | | Email/Text: creditops@deserve.com | Sep 11 2026 02:38:00 | DESERVE, 1010 DOYLE STREET, MENLO PARK, CA 94025 |
| 15150527 | ^ | MEBN | Sep 11 2026 02:33:20 | FEDERAL NATIONAL MORTGAGE ASSOCIATION FANNIE MAE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15155377 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 11 2026 02:44:32 | FIRST PREMIER BANK, 500 S. MINNESOTA AVE, SIOUX FALLS, SD 57104-6818 |
| 15155368 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 11 2026 02:39:00 | FREEDOM MTG, 11988 EXIT 5 PRKWY BLDG, FISHERS, IN 46037 |
| 15150751 | ^ | MEBN | Sep 11 2026 02:33:21 | Federal National Mortgage Association Fannie Mae, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15140574 | + | Email/Text: EBN@brockandscott.com | Sep 11 2026 02:39:00 | Freedom Mortgage Corporation, c/o Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15156673 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 11 2026 02:39:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-8022 |
| 15140575 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 11 2026 02:39:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-8022 |
| 15154673 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2026 02:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15155363 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 11 2026 02:44:26 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 15155367 | ^ | MEBN | Sep 11 2026 02:33:43 | LENDING CLUB, 88 KEARNY STREET, SAN FRANCISCO, CA 94108-5530 |
| 15137280 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 02:44:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15155369 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 11 2026 02:44:27 | NAVIENT, PO BOX 9655, WILKES BARRE, PA 18773-9655 |
| 15147578 | | Email/Text: Bankruptcy_Notices@navient.com | Sep 11 2026 02:39:00 | Navient Solutions - PTN, PO Box 8004, Fishers, IN 46038 |
| 15155379 | + | Email/PDF: cbp@omf.com | Sep 11 2026 02:44:25 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN |

| | | | | |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 15154078 | | Email/PDF: cbp@omf.com | Sep 11 2026 02:44:30 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15155383 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 11 2026 02:44:31 | PROSPER, 221 MAIN STREET, SAN FRANCISCO, CA 94105-1909 |
| 15140100 | + | Email/Text: bncmail@w-legal.com | Sep 11 2026 02:39:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 15135893 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2026 02:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15159199 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2026 02:39:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15155378 | | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 11 2026 02:39:00 | ROCKET MORTGAGE, P.O. BOX 6577, CAROL STREAM, IL 60197-6577 |
| 15140194 | + | Email/Text: EBN@brockandscott.com | Sep 11 2026 02:39:00 | Rocket Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15140195 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 11 2026 02:39:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |
| 15155380 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2026 02:44:31 | SYNCB/CARECR, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 15155381 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2026 02:44:25 | SYNCB/NETWRK, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 15154072 | + | Email/Text: bncmail@w-legal.com | Sep 11 2026 02:39:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 15157300 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:31 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15136920 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:27 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15154336 | | Email/Text: bankruptcy@mtabt.org | Sep 11 2026 02:39:00 | Triborough Bridge and Tunnel Authority, 2 Broadway Floor 24, New York, NY 10004 |
| 15155382 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 11 2026 02:39:00 | UPSTART NETW, P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |
| 15133763 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 11 2026 02:44:25 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15155838 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:27 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15155385 | *+ | BRIDGECREST, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 15142880 | *P++ | BROCK & SCOTT PLLC, 6701 CARMEL ROAD SUITE 315, CHARLOTTE NC 28226-4035, address filed with court:, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103 |
| 15142691 | *+ | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

| | | |
|---|---|---|
| 15142692 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-8022 |
| 15142881 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-8022 |
| 15140573 | *+ | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION "FANNIE MAE" msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| | | : | |
| **In re** | **Matthew James Costello** | : | **Chapter 13** |
| | **Debtor** | | |
| | | : | **Bankruptcy No. 26-11658-djb** |

**ORDER DISMISSING CASE**

AND NOW, IT IS

1. *(✓) ORDERED that since we find that the Debtor has failed to pay the prescribed Filing Fee in full within the requisite time period, this case is hereby DISMISSED.

2. *( ) ORDERED that since we find that the Debtor has failed to attend the Meeting of Creditors hearing mandated under 11 U.S.C. Sec. 341, and has failed to explain that absence at the Sec.341 hearing, this case is hereby DISMISSED.

3. *( ) ORDERED that since this Debtor has a prior pending case, this case is hereby DISMISSED per 11 U.S.C. Sections 105, 1307 (c).

Dated: September 10, 2026

Derek J. Baker
United States Bankruptcy Judge

* numbered paragraph is applicable if selected